UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL AARON SAVAGE,<br>Plaintiff,<br>v.<br>JOSHUA BRENNER, et al.,<br>Defendants. | No. 2:26-cv-00359 CSK P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. For the following reasons, defendants' unopposed motion to stay the responsive pleading deadline (ECF No. 14) is granted.

On March 13, 2026, this Court ordered service of plaintiff's complaint on defendants Brenner, Cruz, Anzar and Cervantes as to plaintiff's Eighth Amendment excessive force claim and on defendant Anzar as to plaintiff's Eighth Amendment verbal harassment claim. (ECF No. 5.) On May 8, 2026, defendants filed waivers of service. (ECF No. 12.) On June 15, 2026, defendants filed a motion to dismiss the Eighth Amendment verbal harassment claim against defendant Anzar. (ECF No. 13.) In the pending motion, filed June 15, 2026, defendants request that the court stay the responsive pleading deadline in this case until thirty days after the motion to dismiss is resolved. (ECF No. 14.)

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' motion to stay the responsive pleading deadline (ECF No. 14) is granted.

2. The deadline for defendants to file a responsive pleading is stayed until thirty days after the pending motion to dismiss is resolved.

Dated: 08/04/26

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Sav359.ord/2